1068

No. 89–6345.   SCOTT *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 89–6408.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–6438.   SMITH *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–6589.   OSPINA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6634.   ESTRADA RUIZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–6636.   SHERRILLS *v.* PERINI.   C. A. 6th Cir.   Certiorari denied.

No. 89–6644.   WILEY *v.* CORRECTIONS CABINET OF KENTUCKY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–6645.   JUSTICE *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6650.   HOWARD *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 89–6651.   ABRAMSON ET AL. *v.* BATEMAN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–6654.   RINGENBERG ET UX. *v.* CITY OF KAHOKA, MISSOURI, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–6659.   GAVITT *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 89–6663.   HARDY *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 89–6667.   WALTON *v.* NORTHEAST WOMEN'S CENTER, INC. C. A. 3d Cir.   Certiorari denied.

No. 89–6671.   GONZALEZ *v.* KEOHANE, WARDEN.   C. A. 3d Cir.   Certiorari denied.